USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/28/2026

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ONE MANHATTAN WEST
NEW YORK, NY 10001

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212-735-2844
DIRECT FAX
917-777-2844
EMAIL ADDRESS
MICHAEL.GRIFFIN@SKADDEN.COM

October 27, 2026

**APPLICATION GRANTED**

Katharine H Parker

**Hon. Katharine H. Parker, U.S.M.J.**

**10/28/2026**

**VIA ECF**
The Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

RE: *Rosewood Funeral Home, Inc. v. Baidu, Inc., et al.*, 1:26-cv-08012-RA

Dear Judge Parker:

On behalf of Defendant Baidu, Inc. ("Baidu"), we respectfully write pursuant to Rule I.C of Your Honor's Individual Practices in Civil Cases to request an adjournment of the initial case management conference set for December 17, 2026. *See* ECF No. 14. On October 14, 2026, Baidu filed the enclosed Letter Motion and Stipulation and Proposed Order to extend Baidu's time to respond to the Complaint and to adjourn the initial status conference set by Judge Abrams. ECF No. 12. As explained therein, this is a putative securities fraud class action subject to the Private Securities Litigation Reform Act of 1995. As such, all discovery and other proceedings are stayed pending resolution of any motion to dismiss. *See* 15 U.S.C. § 77u-4(b)(3)(B). Accordingly, a case management conference is not necessary at this time and can be adjourned *sine die*. This is Baidu's first request to adjourn the conference set by Your Honor, and Plaintiff consents to this request.

Respectfully submitted,

*/s/ Michael C. Griffin*
Michael C. Griffin

Encl.

cc: All counsel of record (via ECF)

# Enclosure

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
ONE MANHATTAN WEST
NEW YORK, NY 10001

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
ABU DHABI
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212-735-2844
DIRECT FAX
917-777-2844
EMAIL ADDRESS
MICHAEL.GRIFFIN@SKADDEN.COM

October 14, 2026

**VIA ECF**
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

RE: *Rosewood Funeral Home, Inc. v. Baidu, Inc., et al.*, 1:26-cv-08012-RA

Dear Judge Abrams:

On behalf of Defendant Baidu, Inc. ("Baidu")[1], we respectfully write pursuant to Rule 1.D of Your Honor's Individual Rules & Practices in Civil Cases to request the Court so-order the enclosed Stipulation and Proposed Order to extend Baidu's time to respond to the Complaint and to adjourn the initial status conference and the submission of the joint status letter, proposed case management plan, and scheduling order.

This is a putative securities fraud class action subject to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). Among other things, the PSLRA requires the appointment of a lead plaintiff at the outset of the case, 15 U.S.C. § 78u-4(a)(3), and a stay of all discovery and other proceedings pending resolution of any motion to dismiss, *id.* § 77u-4(b)(3)(B). Motions to be appointed lead plaintiff are due by November 13, 2026. Once appointed, the lead plaintiff often files an amended complaint. Baidu's current deadline to move, answer, or otherwise respond to the Complaint is October 14, 2026. *See* ECF No. 7. Adjourning Baidu's time to respond until the operative complaint has been filed will promote efficiency and help conserve resources. We will promptly confer with lead plaintiff's counsel, once appointed, on a schedule for the filing of an amended complaint and Baidu's anticipated motion to dismiss. Additionally, given the PSLRA's automatic stay, Plaintiff and Baidu believe the initial status conference scheduled for November 20, 2026, and the related deadline to submit a joint letter, proposed case

[1] Defendants Robin Yanhong Li and Haijan He have not been served and are not parties to this joint letter or stipulation and proposed order.

Case 1:26-cv-08012-RA Document 12 Filed 10/14/26 Page 2 of 2

management plan, and scheduling order by November 13, 2026, are unnecessary at this time and can be adjourned *sine die*. *See* ECF No. 6.

This is the first request for an adjournment or extension of time and Plaintiff consents to this request. The proposed requests do not affect any other deadlines. No upcoming appearances are scheduled, other than the initial status conference.

Respectfully submitted,

*/s/ Michael C. Griffin*
Michael C. Griffin

Encl.

cc: All counsel of record (via ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ROSEWOOD FUNERAL HOME INC., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BAIDU, INC., ROBIN YANHONG LI, and HAIJAN HE<br><br>Defendants. | : | 1:26-cv-08012-RA |

**STIPULATION AND [PROPOSED] ORDER**
**REGARDING TIME TO RESPOND TO COMPLAINT AND SCHEDULING**

Plaintiff Rosewood Funeral Home Inc. ("Plaintiff") and Defendant Baidu, Inc. ("Baidu"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation:

**WHEREAS**, on September 14, 2026, Plaintiff filed the above-captioned proposed securities fraud class action asserting claims under Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder (ECF No. 1);

**WHEREAS**, Baidu hereby accepts service of the summons and complaint in this action, without prejudice to or waiver of any defenses, objections or arguments, except as to the sufficiency of service of process;

**WHEREAS**, the current deadline for Baidu to move, answer, or otherwise respond to the Complaint is October 14, 2026;

Case 1:26-cv-08801-RA Document 12 Filed 10/14/26 Page 2 of 4

**WHEREAS**, this action is governed by the Private Securities Litigation Reform Act of 1995 ("PSLRA") and its procedures for the appointment of lead plaintiff and approving lead counsel after a 60-day notice period expires following publication of notice of the filing of this action, 15 U.S.C. § 78u-4(a)(3)(A);

**WHEREAS**, lead plaintiff motions are currently due on or before November 13, 2026, and the parties expect that after the Court appoints a lead plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B), the lead plaintiff will file an amended complaint;

**WHEREAS**, the parties agree that extending Baidu's time to move, answer, or otherwise respond to the Complaint until after a lead plaintiff is appointed and an amended complaint is filed will promote efficiency and help conserve resources;

**WHEREAS**, the PSLRA, 15 U.S.C. § 78u-4(b)(3)(B), requires a stay of all discovery and other proceedings pending resolution of any motion to dismiss;

**WHEREAS**, the parties are to submit a joint letter, proposed case management plan, and scheduling order by November 13, 2026, and are to appear for an initial status conference on November 20, 2026, at 2:00 p.m.;

**WHEREAS**, the parties agree that the November 13, 2026, due date for the joint letter, proposed case management plan, and scheduling order as well as the November 20, 2026, initial status conference are unnecessary at this time in light of the PSLRA's automatic stay; and

**WHEREAS**, this is the first request for an adjournment or extension of time and Plaintiff consents to this request.

**IT IS HEREBY STIPULATED AND AGREED**, and respectfully requested, by and among the undersigned counsel for the respective parties, subject to approval of the Court, that:

1. Baidu's time to move, answer, or otherwise respond to any complaint in this action is stayed pending the appointment of a lead plaintiff;

2. Once a lead plaintiff has been appointed, Baidu will promptly meet and confer with the lead plaintiff regarding a schedule for an amended complaint, if any, and Baidu's response;

3. The November 13, 2026, deadline to submit a joint letter, proposed case management plan, and scheduling order as well as the November 20, 2026, initial status conference are hereby adjourned *sine die*;

4. Baidu expressly reserve all rights, defenses, or other objections to the Complaint or any amended complaint, except insufficient service of process.

DATED: October 14, 2026

*/s/ Rebecca Dawson*
Rebecca Dawson
**GLANCY PRONGAY WOLKE & ROTTER LLP**
745 5th Avenue, 5th Floor
New York, New York 10151
Telephone: (213) 521-8007
Facsimile: (212) 884-0988
Email: rdawson@glancylaw.com

Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com
clinehan@glancylaw.com

*Counsel for Plaintiff Rosewood Funeral Home Inc.*

*/s/ Michael C. Griffin*
Robert A. Fumerton
Michael C. Griffin
Hope B. O'Leary
**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
One Manhattan West
New York, New York 10001
Telephone: (212) 735-3000
Email: robert.fumerton@skadden.com
michael.griffin@skadden.com
hope.oleary@skadden.com

*Counsel for Defendant Baidu, Inc.*

**IT IS SO ORDERED.**

Dated: __________________, 2026

______________________________
THE HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE